# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No.  6:01-cr-119-Orl-22DAB

**WILLIE McCRAY**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 140), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on June 21, 2011.

After an independent *de novo* review of the record in this matter, and noting that Defendant filed an objection,

it is **ORDERED** as follows:

1. Defendant shall personally appear before this court on **THURSDAY, July 21, 2011, at 12:00 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why his supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 12, 2011.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy

-2-

Willie McCray